**ORIGINAL**

**FILED**
AUG 18 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**ENTERED**
AUG 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1. Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
2. Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

3.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. SV10-18170-GM |
| Manuel Ibarra | |
| | **ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT THE 341(a) MEETING OF CREDITORS AND/OR TO MAKE PRE-CONFIRMATION PAYMENTS** |
| DEBTOR | |

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: AUG 1 8 2010

_____
Geraldine Mund
U. S. Bankruptcy Judge

LODGED AUG 16 2010

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:  )  CHAPTER 13
        )  CASE NO. SV10-18170-GM
Manuel Ibarra  )
               )
               )  **PROOF OF SERVICE BY MAIL**
               )
        DEBTOR )
               )

## PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 8/12/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Manuel Ibarra  
13410 Wingo St  
Arleta, CA 91331

Ms. Jennifer Braun  
Assistant United States Trustee  
Department of Justice  
21051 Warner Center Lane, #115  
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on August 12, 2010.

*Gisele Dorsey* (signature)

Gisele Dorsey

Case No. SV10-18170-GM